UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ) <br> IN THE MATTER OF THE SEARCH ) <br> OF THREE LOCATIONS AT THE ) <br> PROPERTY COMMONLY KNOWN AS ) <br> 33 ROUTE 4A, WILMOT, NEW ) <br> HAMPSHIRE ) <br> ) | No.   1:21-mj-79-01-AJ <br><br> **Filed Under Seal – Level II** |

MOTION TO SEAL AT LEVEL II: ENITRE MATTER
RELATED TO APPLICATION FOR SEARCH WARRANT

In the above captioned case, the United States of America respectfully moves to seal at Level II the entire matter related to the Application for a Search Warrant, including the application, the supporting affidavit, any search warrant that may issue, the resulting return, this motion, and the corresponding docket text entries for 180 days, expiring on September 20, 2021, except that the government may later disclose these materials to comply with its discovery obligations under the local rules.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation. Specifically, the application contains information identifying targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered against them. Should information identifying

Motion To Seal Entire Matter Related to Search Warrant
Page 2 of 2

those targets and the evidence against them be released, it may cause them to flee, destroy evidence, or change their patterns of behavior.

    This motion is not intended to preclude the executing officer from serving a copy of the application and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

                                                          Respectfully submitted,

                                                          JOHN J. FARLEY
                                                          Acting United States Attorney

Dated: March 24, 2021            By: /s/ Charles L. Rombeau
                                              Charles L. Rombeau
                                              Assistant United States Attorney

Motion:    ☑ Granted    ☐ Denied

_/s/ Andrea K. Johnstone_
Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: March 24, 2021